UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE ZAVALA,

                            Plaintiffs,

      -against-

JT RESTAURANT CORP. d/b/a ANGELINA'S
PIZZERIA & RESTAURANT, GIUSEPPE
MAGNOTTA, and VINNE DOE,

                            Defendants.
-----------------------------------------------------------------X

Docket No.: 18-CV-01530
(ADS)(ARL)

**NOTICE OF MOTION
TO BE RELIEVED
AS LEGAL COUNSEL**

TO:    PECHMAN LAW GROUP PLLC
         Attorneys for Plaintiff
         488 Madison Avenue – 17th Floor
         New York, New York 10022

TO:    JT Restaurant Corp. d/b/a Angelina's Pizzeria
         33 Atlantic Avenue
         Lynbrook, New York 11563

TO:    Giuseppe Magnotta
         c/o JT Restaurant Corp. d/b/a Angelina's Pizzeria
         33 Atlantic Avenue
         Lynbrook, New York 11563

TO:    Vincent Sorrentino
         c/o JT Restaurant Corp. d/b/a Angelina's Pizzeria
         33 Atlantic Avenue
         Lynbrook, New York 11563

      PLEASE TAKE NOTICE, upon the annexed Affirmation of David S. Feather, Esq., dated October 21, 2019, Feather Law Firm, P.C. will move this Court, at the Courthouse located at 100 Federal Plaza, Central Islip, New York 11722 in Courtroom 1020 thereof, before Judge Arthur D. Spatt, on a date and time convenient to the Court, for an Order (a) relieving David S. Feather, Esq. and Feather Law Firm, P.C. as counsel for the Defendants herein, Giuseppe

1

Magnotta and Vincent Sorrentino; and (b) staying these proceedings for a period of no less than thirty (30) days in order to allow the Defendants the opportunity to retain other legal counsel, together with such other and further relief as this Court may deem just and proper.

Dated: October 21, 2019
      Garden City, New York

                              David S. Feather, Esq.
                              Feather Law Firm, P.C.
                              666 Old Country Road, Suite 605
                              Garden City, New York 11530
                              (516) 745-9000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE ZAVALA,                                    Docket No.: 18-CV-01530
                                                (ADS)(ARL)
                     Plaintiffs,
       -against-                                **AFFIRMATION OF SERVICE**

JT RESTAURANT CORP. d/b/a ANGELINA'S
PIZZERIA & RESTAURANT, GIUSEPPE
MAGNOTTA, and VINNE DOE,

                     Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

    David S. Feather, being duly sworn, deposes and says:

    I am not a party to the foregoing action, am over the age of 18 years, with a business 8address of 666 Old Country Road, Suite 605 in Garden City, New York. On October 21, 2019, I served the within document:

**NOTICE OF MOTION TO BE RELIEVED AS LEGAL COUNSEL**

    By regular mail in a sealed envelope and by e-mail, addressed to the following person or persons at the addresses set forth:

| PECHMAN LAW GROUP PLLC<br>Attorneys for Plaintiffs<br>488 Madison Avenue – 17th Floor<br>New York, New York 10022<br>pechman@pechmanlaw.com | Giuseppe Magnotta<br>c/o JT Restaurant Corp.<br>d/b/a Angelina's Pizzeria<br>33 Atlantic Avenue<br>Lynbrook, New York 11563<br>jmag72@gmail.com |
|---|---|
| JT Restaurant Corp.<br>d/b/a Angelina's Pizzeria<br>33 Atlantic Avenue<br>Lynbrook, New York 11563<br>jmag72@gmail.com | Vincent Sorrentino<br>c/o JT Restaurant Corp.<br>d/b/a Angelina's Pizzeria<br>33 Atlantic Avenue<br>Lynbrook, New York 11563<br>vjs5656@yahoo.com |

                                                        DAVID S. FEATHER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          DOCKET NO. 17 CV 01530

---

JOSE ZAVALA,

                       Plaintiff,

-against-

JT RESTAURANT CORP. d/b/a ANGELINA'S
PIZZERIA & RESTAURANT, GIUSEPPE
MAGNOTTA, and VINNE DOE,

                       Defendants.

---

## NOTICE OF MOTION TO BE RELIEVED AS LEGAL COUNSEL

---

Feather Law Firm, P.C.
Attorneys for Defendants
666 Old Country Road, Suite 605
Garden City, New York 11530
(516) 745-9000
fax (516) 908-3930

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated: October 21, 2019*                          Signature

                                                   David S. Feather