U.S. DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN DISTRICT

|  |  |  |
|---|---|---|
| JOSE ZAVALA | | N<br>INDEX #: 2:18-CV-01530-ADS-ARL<br>DATE FILED: 10/31/2019<br>Job #: 36077<br>Court Date:<br>Clients File #:<br>ROOM #:<br>PART: |
| vs | plaintiff | |
| JT RESTAURANT CORP. ET AL | | FEATHER LAW FIRM, P.C.<br>666 OLD COUNTRY RD, STE 605<br>GARDEN CITY, NY 11530 |
| | defendant | |

STATE OF NEW YORK: COUNTY OF NASSAU    ss: **AFFIDAVIT OF SERVICE UPON A CORPORATION**

I, Bassam Shatara, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **11/20/2019** at **12:43 PM** at 23 ATLANTIC AVENUE, LYNBROOK, NY 11563, deponent served the within **ORDER (CIVIL CAUSE FOR MOTION)** by personally delivering to and leaving with **MR. MIKE** for **JT RESTAURANT CORP. DBA ANGELINA'S PIZZERIA**, a true copy thereof, and that deponent knew the person so served to be the Authorized Party.

A description of the person served on behalf of the recipient is as follows:
**Approx Age**: 51 - 65 Yrs., **Approx Weight**: Over 200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Male, **Skin**: White, **Hair**: Gray/White **Glasses**: No **Other**:

Sworn to before me on  11/22/19
Elizabeth A. Colahan, No. 01CO6211486
Notary Public, State of New York
Qualified in Nassau County
Commission Expires September 21st, 2021

Bassam Shatara

Triple A Process, PO Box 2307, SEAFORD, NY 11783