**U.S. DISTRICT COURT OF THE STATE OF NEW YORK**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JOSE ZAVALA | | INDEX #: 2:18-CV-01530-ADS-ARL<br>DATE FILED: 10/31/2019<br>Job #: 36078<br>Court Date:<br>Clients File #:<br>ROOM #:<br>PART: |
| vs | *plaintiff* | |
| JT RESTAURANT CORP. ET AL | | FEATHER LAW FIRM, P.C.<br>666 OLD COUNTRY RD, STE 605<br>GARDEN CITY, NY 11530 |
| | *defendant* | |

STATE OF NEW YORK: COUNTY OF NASSAU   SS:            **AFFIDAVIT OF SUITABLE SERVICE**

Bassam Shatara, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **11/20/2019** at **12:43 PM** at **ANGELINA'S PIZZERIA: 23 ATLANTIC AVENUE, LYNBROOK, NY 11563** deponent served the within **ORDER (CIVIL CAUSE FOR MOTION)** on **VINCENT SORRENTINO** therein named recipient.

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with **MR. MIKE**, **Business Associate**, a person of suitable age and discretion at ANGELINA'S PIZZERIA: 23 ATLANTIC AVENUE, LYNBROOK, NY 11563 said premises being the recipient's usual place of business within the State of New York.

A description of the person served on behalf of the recipient is as follows:
**Approx Age**: 51 - 65 Yrs., **Approx Weight**: Over 200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Male, **Skin**: White, **Hair**: Gray/White **Glasses**: No
**Other**:

Deponent completed service by depositing a copy of the **ORDER (CIVIL CAUSE FOR MOTION)** on 11/22/2019 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
**Mailing was made to ANGELINA'S PIZZERIA: 23 ATLANTIC AVENUE, LYNBROOK, NY 11563**

Sworn to before me on 11/22/19

Elizabeth A. Colahan, No. 01CO6211486
Notary Public, State of New York
Qualified in Nassau County
Commission Expires September 21st, 2021

Bassam Shatara

Triple A Process, PO Box 2307, SEAFORD, NY 11783