```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE ZAVALA,                                     :
                                                 :
                        Plaintiff,               :
                                                 :       18 Civ. 1530 (ADS)(ARL)
        -against-                                :
                                                 :
JT RESTAURANT CORP. d/b/a ANGELINA'S             :
PIZZERIA & RESTAURANT, GIUSEPPE                  :
MAGNOTTA, and VINNIE DOE,                        :
                                                 :
                        Defendants.              :
------------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I served true and correct copies of Plaintiffs' (a) Notice of Motion to Enforce Settlement Agreement, (b) Affirmation in Support of Plaintiffs' Motion to Enforce Settlement Agreement, with all of its annexed exhibits, (c) Proposed Order, (d) Court's Electronic Order entered on January 10, 2020, on Defendants by sending them copies by federal express at the below address:

> Vincent Sorrentino
> Giuseppe Magnotta
> c/o JT Restaurant Corp.
> Angelina's Pizzeria
> 33 Atlantic Avenue
> Lynbrook, New York 11563
> *Defendants*

                                         s/ *Vivianna Morales*
                                         Vivianna Morales