# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

April 13, 2020

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

    Re: *Jose Zavala v. JT Restaurant Corp. d/b/a Angelina's Pizzeria & Restaurant, et al.*
        No. 18 Civ. 01530 (ADS) (ARL)

Dear Judge Spatt,

    We represent Plaintiff Jose Zavala in the above-referenced matter and are writing to inquire whether the Court requires additional information to decide the pending unopposed Motion for Judgment based on the Settlement Agreement between the Parties (ECF Nos. 25, 26) submitted on October 15, 2019.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

    *s/Louis Pechman*

    Louis Pechman