UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOSE ZAVALA,

                               Plaintiff,

              -against-

JT RESTAURANT CORP. d/b/a ANGELINA'S
PIZZERIA & RESTAURANT, GIUSEPPE
MAGNOTTA, and VINNIE DOE,

                      Defendants.

-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★     APR 16 2020     ★

LONG ISLAND OFFICE
18 Civ. 1530 (ADS)(ARL)

NOTICE OF
MOTION TO ENFORCE
SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that, upon the Declaration of Vivianna Morales and all exhibits annexed hereto, and all prior pleadings and submissions, Plaintiff Jose Zavala shall move this Court before the Honorable Arthur D. Spatt, United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on a date to be determined by the Court, for an Order granting Plaintiffs' Motion to enforcing the parties' Settlement Agreement against Defendants JT Restaurant Corp. d/b/a Angelina's Pizzeria & Restaurant, and Vinnie Doe a/k/a Vincent Sorrentino.

Dated:    New York, New York
            October 15, 2019

So ordered.

/s/ Arthur D. Spatt

_____
Arthur D. Spatt, U.S.D.J.

PECHMAN LAW GROUP PLLC

By: _____
Vivianna Morales
Louis Pechman
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
pechman@pechmanlaw.com
morales@pechmanlaw.com
(212) 583-9500
*Attorneys for Plaintiff*

4/16/2020
Date