FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2020 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSE ZAVALA,

                            Plaintiff,

        -against-

JT RESTAURANT CORP. d/b/a ANGELINA'S
PIZZERIA & RESTAURANT, GIUSEPPE
MAGNOTTA, and VINNIE DOE,

                            Defendants.
----------------------------------------------------------X

18 Civ. 1530 (ADS)(ARL)

~~PROPOSED~~ ORDER

WHEREAS, Jose Zavala ("Plaintiff") and Defendants JT Restaurant Corp. d/b/a Angelina's Pizzeria & Restaurant and Vinnie Doe a/k/a Vincent Sorrentino ("Defendants") entered into a Settlement Agreement and Release (the "Settlement Agreement");

WHEREAS, the Settlement Agreement provided that Defendants would pay the total sum of Sixty Thousand Dollars and Zero Cents ($60,000.00) to settle the matter;

WHEREAS, Defendants made one payment of $25,000.00 and have failed to make any subsequent payment under the Settlement Agreement, and failed to cure their default upon receipt of notice of default by Plaintiff;

WHEREAS, the Settlement Agreement provides that this Court shall have jurisdiction to enforce the terms of the Agreement.

Upon consideration of Plaintiff's Motion to Enforce the Settlement Agreement entered into between the parties, IT IS HEREBY ORDERED as follows:

Plaintiff is entitled to judgment against JT Restaurant Corp. d/b/a Angelina's Pizzeria & Restaurant and Vinnie Doe a/k/a Vincent Sorrentino jointly and severally in the amount of $35,000.00, plus pre-judgment and post-judgment interest at the statutory rate of nine percent per annum.

Dated: New York, New York
         April 20      , ~~2019~~ 2020

                                              /s/ Arthur D. Spatt
                                        _____
                                        Hon. Arthur D. Spatt